UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOHNSON CITY FEDERAL CREDIT UNION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO: 2:09-CV-238 |
| CUNA MUTUAL GROUP AND CUMIS INSURANCE SOCIETY, INC., | ) ) | |
| Defendants. | ) | |

### AMENDED SCHEDULING ORDER

It has come to this Court's attention that the date for filing the joint pleading regarding the utilization of mediation was incorrect on the February 4, 2010 Scheduling Order. As such, paragraph 14 of the previous order is hereby **AMENDED** as follows:

(14) ***ALTERNATIVE DISPUTE RESOLUTION/ MEDIATION*** The parties have been advised of the availability of the Federal Court Mediation Program and the parties have agreed to consider utilization of the program. On or before April 29, 2011, the parties shall jointly notify the Court, in a pleading to be filed in the same manner as other pleadings, as to whether or not an agreement has been reached by the parties to utilize mediation. If no agreement to utilize mediation has been reached by the parties, the pleading must contain a statement that the matter is not suitable for

mediation and the reasons therefore. Unless the matter is shown not to be suitable for mediation, the Court may, with or without the agreement of the parties, and except for those cases exempted pursuant to Local Rule 16.3, refer all or part of the underlying dispute to mediation.

    ENTER:

    s/J. RONNIE GREER
    UNITED STATES DISTRICT JUDGE