UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOHNSON CITY FEDERAL CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CUNA MUTUAL GROUP, and ) <br> CUMIS INSURANCE SOCIETY, INC., ) <br> ) <br> Defendants. ) | NO.: 2:09-CV-238 |

ORDER

This matter is before the Court on the parties' "Agreed Motion for Leave to File Stipulation to Voluntarily Dismiss with Prejudice," [Doc. 31]. It is hereby ORDERED that the motion is GRANTED. The parties may file their Stipulation of Dismissal. Once the Stipulation is filed, the Clerk is DIRECTED to close the case.

So Ordered.

ENTER:

                                                                                     s/J. RONNIE GREER
                                                       UNITED STATES DISTRICT JUDGE