UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOHNSON CITY FEDERAL CREDIT UNION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 2:09-CV-238 |
| | ) | |
| CUNA MUTUAL GROUP, and | ) | |
| CUMIS INSURANCE SOCIETY, INC., | ) | |
| Defendants. | ) | |

**ORDER**

On June 19, 2012, the parties reported that this case was settled. On June 27, 2012, the plaintiff filed an "Agreed Motion For Leave To File Stipulation To Voluntarily Dismiss With Prejudice," [Doc. 31]. On January 8, 2013, this Court granted the agreed motion and directed the Clerk to close the case "[o]nce the Stipulation is filed." [Doc. 32]. The parties have not separately filed their stipulation of dismissal; however, it is attached to Doc. 31 and bears the electronic signatures of counsel for all parties. Therefore, based upon the "Stipulation To Voluntarily Dismiss With Prejudice" this matter is DISMISSED WITH PREJUDICE, with the Court retaining jurisdiction to enforce the parties' settlement, and the Clerk is DIRECTED to close the case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE